**Exhibit A to the Complaint**

**Location:** West Orange, NJ  **IP Address:** 173.63.48.62
**Total Works Infringed:** 31  **ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C | Blacked Raw | 11/14/2018 15:00:54 | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 2 | 17D816BF15553418E614F09628DA94CDFCE8EB4B | Blacked Raw | 10/10/2018 19:07:03 | 09/24/2018 | 11/01/2018 | 17093752005 |
| 3 | 1C64D0485E3ABF83783CEC98212AD2D54FEAC676 | Tushy | 10/27/2018 10:25:31 | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 4 | 232A715993302BFA5E2CD6FED71A05699484F79B | Blacked Raw | 11/03/2018 09:25:40 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 5 | 27F5AF980504B4B56A1277AA87C4D24533258BA2 | Blacked | 11/14/2018 14:58:45 | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 6 | 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8 | Blacked Raw | 10/03/2018 14:41:48 | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 7 | 30DA489597F6D7CBEA57C6287564FA8325DBC4F8 | Blacked Raw | 10/04/2018 06:20:22 | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 8 | 3D28715C811F8DE1CAAD1A99295AF61E55D4A1CA | Tushy | 11/02/2018 09:09:02 | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 9 | 41F78D5492685571C1698A45C2B9D24E53275C1C | Blacked Raw | 10/06/2018 04:55:22 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 10 | 507E516DB1F7ED8BD291E77C7E357FDF30E3F23A | Blacked | 10/19/2018 06:10:35 | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 11 | 5602E15C76A2CB2369322872F6C53500FB225372 | Blacked Raw | 10/06/2018 06:15:03 | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 12 | 5A30924C7684204EDBCD55A37BB14CE12A98C194 | Blacked Raw | 10/25/2018 07:44:51 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 13 | 5A7C78CF88CD25789E9A7A55AE43ECDFA52D5A82 | Blacked Raw | 11/02/2018 07:38:11 | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 14 | 64B7A1F1B3732D5683AA4FFCC5B65BC46CBDE5F3 | Blacked Raw | 10/04/2018 05:20:27 | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 15 | 6677A34981ADD5ECD31DE1CA597F1FFC7F7D5D77 | Blacked | 11/12/2018 18:44:03 | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 16 | 67D69A2BBE353BCF91ADBA7D6E626BCF3D5F3A88 | Blacked Raw | 10/04/2018 05:59:59 | 06/26/2018 | 08/07/2018 | PA0002131867 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
| --- | --- | --- | --- | --- | --- | --- |
| 17 | 6B8CEE6C31BE723DE9BC83B75BA5883943B69CAD | Vixen | 11/08/2018 09:30:43 | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 18 | 6D2418991BA4777EF13C5D3B0302BCB6F3A67EAD | Tushy | 10/14/2018 08:40:59 | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 19 | 700F4A5C7A687529F98F39387053CA47E39D0548 | Blacked | 10/04/2018 06:45:52 | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 20 | 7062CE085ADAEB4C8A9C3356920797FC31D15602 | Blacked | 10/04/2018 05:08:09 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 21 | 73B39EC09B462E59C9361F7A43D1920EDAF2E586 | Tushy | 10/15/2018 09:54:20 | 09/23/2018 | 11/01/2018 | 17093751754 |
| 22 | 8E1D7F39E91C9739C7A919FB3EF4554E0F90AF9C | Blacked Raw | 10/09/2018 20:23:35 | 12/08/2017 | 01/02/2018 | PA0002097423 |
| 23 | 9393F392C1FAD6127C883E6B75F6B58821A40410 | Blacked | 11/10/2018 10:47:31 | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 24 | 9FA0957C157E542BCE93C8706D6E42E02056F492 | Blacked Raw | 11/10/2018 10:05:06 | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 25 | C0892F5A35C6C4F1739F8DE541C56F9CCAE8D846 | Blacked | 10/10/2018 22:26:12 | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 26 | C76714C07B50EE0FE118272431117F2DDDC30E15 | Blacked | 10/14/2018 08:14:36 | 09/02/2018 | 11/01/2018 | 17093751603 |
| 27 | D004FE4CC187D0709C94955D8BF728C72E039D05 | Blacked Raw | 10/04/2018 04:59:30 | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 28 | D1153CBA60CBAA04D9963D928606E442D42440E8 | Blacked | 10/06/2018 05:20:38 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 29 | DAFC93B6C471FBB4324C5ABE4B7B23E9F440B87A | Blacked Raw | 11/02/2018 11:01:14 | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 30 | E4AEFA16D44D4646EEDC6AF5593ABC709CBDD47D | Vixen | 10/08/2018 17:23:06 | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 31 | F81796840E75221C994ED330199057C6E8BE0C2D | Blacked Raw | 10/10/2018 22:04:52 | 08/25/2018 | 10/16/2018 | PA0002127783 |